SAM FINKELSTEIN, Appellant, *v.* CELIA FREEMAN et al., Respondents.

(Argued October 3, 1932; decided October 11, 1932.)

*Herbert Sakofsky* and *Morris M. Oppenheim* for motions.

*William F. Dutton* opposed.

Motions granted and appeal dismissed, with costs and ten dollars costs of motions. (See 260 N. Y. 680.)